IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL FOUNDATION,             No. C 06-07430 CW

      Plaintiff,                             ORDER

  v.

HOUSE OF KNOWLEDGE and SHE FAO BE
SUNNAH,

      Defendants.
_____/

    Default having been entered by the Clerk on March 14, 2007, as to Defendants House of Knowledge and She Fao Be Sunnah,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    A further case management conference will be held on July 24, 2007, at 2:00 p.m.


Dated:  3/20/07

                       _____
                       CLAUDIA WILKEN
                       United States District Judge

cc: Wings

**United States District Court**
For the Northern District of California